AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| | ) | 2:23-mj- 1093-KCD |
| Yalemis Onasch | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    7/30/20, 9/25/20, and 6/27/22    in the counties of    Lee and Collier    in the
Middle    District of    Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 611 | Voting by Aliens |
| 18 U.S.C. § 1015(a) | False Statement Under Oath Relating to Naturalization, Citizenship, or Registry of Aliens |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Adriana Rivas
*Complainant's signature*

Special Agent Adriana Rivas, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:    5/16/23

*Kyle C. Dudek*
*Judge's signature*

City and state:    Fort Myers, FL

Kyle C. Dudek, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Adriana M. Rivas, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2019.

2.      I am currently assigned to the white-collar crime squad at the Tampa Field Office.  As a Special Agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.  I am currently assigned to a squad that is responsible for investigating complex white-collar crimes, including election crimes.  During my employment as a Special Agent, I have participated in a variety of criminal investigations involving money laundering, health care fraud, wire fraud, and conspiracies to commit the same.  I have gained expertise in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations.

3.      This Affidavit supports an application for a criminal complaint and arrest warrant for Yalemis Onasch, nee Yalemis Martin[1] ("Onasch").  Beginning in or about 2012, and continuing through at least 2022, Onasch registered to vote and has voted unlawfully during several U.S. elections as well as provided false information to U.S. Citizenship and Immigration Services (USCIS).

---

[1] Yalemis Martin married in December 2020 and subsequently used the name Yalemis Onasch at all relevant times here.

4.      In connection with voter records and naturalization documents, probable cause exists to believe Onasch voted in a federal election, in violation of 18 U.S.C. § 611, and denied under oath having registered to vote or voting as part of her naturalization application and interview, in violation of 18 U.S.C §1015(a).

5.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### *United States Elections*

6.      In the United States, the election process is the method by which we hold our government accountable and facilitate the peaceful and orderly transfer of power among elected officials.  Our system of representative government only works when votes are not diluted by fraudulent ballots and campaign activities are bounded by laws. When the legitimacy of elections is corrupted, our democracy is threatened.

### *Election Process*

7.      There are different ways a potential voter can register to vote.  Potential voters can go in person to their local government office and fill out a voter registration application.  Potential voters can also download and fill out a voter registration application.  Third party voter registration organizations ("TOO") can also assist a potential voter to complete and submit a voter registration application.  After the application is complete, it must be mailed to the location listed for the potential voter's state.

8.  The voter registration application has certain items that must be completed before the application can be processed.  Numbered rows 1 through 7 and 12 must be completed before an application is processed.  Those items are depicted below.

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form  (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
registertovoteflorida.gov

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☐ YES   ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth   (MM-DD-YYYY)   ☐☐ - ☐☐ - ☐☐☐☐ | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide → Last 4 digits of Social Security Number   ☐ I have NONE of these numbers. |
| 6 | Last Name   First Name   Middle Name   Name Suffix (Jr., Sr., I, II, etc.): | |
| 7 | Address Where You Live (legal residence-no P.O. Box)   Apt/Lot/Unit   City   County   Zip Code | |
| 8 | Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code | |
| 9 | Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code | |
| 10 | Former Name (if name is changed)   Gender ☐ M ☐ F   State or Country of Birth   Telephone No. (optional) (   ) | |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above)   My email address is: | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name): _____

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, *not of Hispanic Origin*
☐ Hispanic
☐ White, *not of Hispanic Origin*
☐ Multi-racial
☐ Other: _____

(Check only one if applicable)
☐ I am an active duty **Uniformed Services or Merchant Marine member**
☐ I am a **spouse or a dependent of** an active duty uniformed services or merchant marine member
☐ I am a **U.S. citizen residing outside the U.S.**

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

| 12 | Oath: *I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.* | SIGN/ MARK HERE → | | Date |

9.  Once the application has been completed, the application is sent to the Florida Department of State Division of Elections ("FDSDE").  The FDSDE provides administrative support to the Secretary of State, Florida's Chief Election Officer, to ensure that Florida has fair and accurate elections.  The Division consists of three bureaus - the Bureau of Election Records, the Bureau of Voter Registration Services,

and the Bureau of Voting Systems Certification. Through these bureaus and the director's office, the Division ensures compliance with the election laws, provides statewide coordination of election administration, and promotes public participation in the electoral process. The Division also assists county Supervisors of Elections ("SOEs") in their duties, including providing technical support.

10.     The FDSDE also receives applications for potential voters. The FDSDE oversee that the information listed in the application is accurate and correct, to include name, driver's license number, date of birth, social security number, citizenship, etc. Once the information has been verified, the application is sent back to the potential voter's county for issuance of a voter ID.

*Voting*

11.     Each state has their own rules on what to bring on voting day. However, most if not all states require that the voter bring a valid form of ID if they are appearing to vote in person to provide both a photo identification and signature identification. Registered voters are also required to vote at the assigned precinct of his/her legal residence.

12.     Requests for vote-by-mail ballots must be requested and received by the voter's local SOEs no later than 5:00 pm on the 10th day before an election. Vote-by-mail ballots may be requested in person, by mail, email, fax or by phone. The registered voter's marked ballot must be mailed or delivered in person and must contain a voter's certificate and signature.

*Voting by Illegal Aliens*

13.    A citizen is defined as a legal member of a state with full constitutional or legal rights in the country in which he or she resides.  Non-citizens, also known as Aliens, are not nationals of a state where they reside but visitors for business, leisure, residence, education, or other factors.

14.    Legal permanent residents (LPRs) are foreign nationals who have been granted the right to reside permanently in the United States.  LPRs are often referred to simply as "immigrants," but they are also known as permanent resident aliens and green card holders.

15.    Non-citizens, including LPRs, cannot vote in federal, state, and most local elections.  It is a crime for a voter to intentionally provide false information when registering to vote (e.g., false citizenship claims).

## PROBABLE CAUSE

*Overview of the Investigation*

16.    Since 2022, FBI, other law enforcement officers, and administrative agencies have been investigating Onasch in connection with a voting fraud and a false claim to U.S. citizenship investigation.  The evidence collected to date indicates that Onasch may have voted unlawfully during several U.S. elections as well as provided false information to USCIS.

17.    Based on the investigation to date, it appears that Onasch voted in the 2014 General Election, 2016 General Election, 2020 Primary Election, and the 2020 General Election, while she was not yet a citizen of the United States.

18.     Onasch, born on December 6, 1994, in Cuba, became a LPR of the United States in 2006 pursuant to an USCIS approval of the Form I-485, Application to Register Permanent Residence or Adjust Status, that Onasch had filed pursuant to section 1 of Pub L. 89-732 (November 2, 1966), as amended, the Cuban Adjustment Act (CAA) – Onasch was about 12 years of age at the time.

19.     On or about September 21, 2012, Onasch submitted a new Florida Voter Registration Application ("FVRA") with the help of TOO.  In the application, Onasch marked yes to question A, Are you a citizen of the United States of America?  Onasch also listed her driver's license number, maiden name Yalemis Martin, address, and signature.  Onasch was issued voter ID number 120239524.

20.    On or about November 8, 2016, Onasch submitted a FVRA to update her previous address from 12155 Americus Lane, Naples, FL 34113 to 2430 29th Avenue, Naples, FL 34120.  In this application, Onasch did not answer question 1. However, Onasch did answer questions 2 and 3.

Florida Voter Registration Application form (Record Update/Change). Partially completed with handwritten entries including Date of Birth 12-06-1994, driver license number MU35-960-94-946-0, Last Name "Martin", First Name "Yalemis", address 2430 29th NE, City "Naples", Zip Code 34120, signature, and date 11/8. Official use stamp: NOV 10 2016 PM12:03.

21.    Based on information received from an interview conducted on a cooperating witness, Onasch voted in person during the 2016 general elections.  Onasch was required to provide a photo ID with signature at the polling place to obtain and submit her ballot.  Onasch's signature was verified with a signature

that was on file. Collier County utilizes electronic pollbook, which allows election officials to review and maintain voter registration information for an election.

22. In 2020, Onasch requested a vote-by-mail ballot from Collier County SOEs office. In the vote-by-mail request, Onasch listed her legal residence address in Collier County as 2744 Blossom Way, Naples, FL 34120. Onasch listed 6017 Pine Ridge Road, Suite 104, Naples, FL 34119 as the address for the vote-by-mail ballots for the 2020 primary and general elections to be received. Documents received via a federal grand jury subpoena confirmed that 6017 Pine Ridge Road, Suite 104, Naples, FL 34119 is the physical address for a UPS store. Onasch and her husband had a leased business mailbox at the aforementioned UPS store.

23.     The 2020 primary and general elections were held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives.  Based on information received from an interview conducted on a cooperating witness, Onasch voted by mail during both the 2020 primary and general elections.  Onasch also returned the certification of voting by mail for both the 2020 primary (see below, dated July 30, 2020) and general elections (dated September 25, 2020).



*Onasch's Application for Naturalization*

24.  On January 9, 2021, USCIS received from Onasch an application to become a naturalized United States citizen, i.e., Form N-400, Application for Naturalization – Onasch was about 26 years of age.

25.  A review of the Form N-400 (IOE9165808985) does not indicate or show a declaration of any preparer(s) or interpreter(s) being used in connection with the completion or filing of the naturalization application.

26.  On the Form N-400 signed and dated January 9, 2021, Onasch certified under the penalty of perjury that the information contained thereon or provided in connection therewith was complete, true, and correct.

27.  On the Form N-400, Onasch checked a "NO" as a response to the following questions:

(Part 12., Page 11 of 27)
- Have you EVER claimed to be a U.S. citizen (in writing or any other way)?
- Have you EVER registered to vote in any Federal, state, or local election in the United States?
- Have you EVER voted in any Federal, state, or local election in the United States?

(Part 12., Page 14 of 27)
- Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?

(Part 12., Page 15 of 27)
- Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?
- Have you EVER lied to any U.S. Government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?

28.    On June 27, 2022, USCIS interviewed Onasch in connection with her Form N-400 in Fort Myers, Florida.  An officer of USCIS placed Onasch under Oath and specifically asked her, *inter alia*, the above-enumerated questions from  Part 12, as they relate to having ever made a claim to United States citizenship, registering or voting in Federal, state, or local elections, committing a crime or offense for which she had not been arrested, or giving to U.S. Government officials a false or misleading documentation or lying to gain immigration benefits.  Onasch, orally and under Oath, reaffirmed before an USCIS officer her written responses to these questions.

29.    On Monday, June 27, 2022, Onasch partook in a Naturalization Oath Ceremony administered by USCIS and upon its completion, became a naturalized U.S. citizen.

30.    On June 27, 2022, during her naturalization ceremony, Onasch submitted a new FVRA.  In this application, Onasch, answered yes to question 1, listed her married name, Yalemis Onasch; the last four of her social security number, 9976; her country of birth, Cuba; party affiliation, Republican Party of Florida; gender, Female; and ethnicity, Hispanic.  Onasch also listed the address 6017 Pine Ridge Road, Suite 104, Naples, FL 34119 as the address where she resided.



31.    A review of now available records, such as Onasch's naturalization application, voter applications, and voting records - revealed that Onasch knowingly concealed and denied her prior claim to U.S. Citizenship and voting record in writing and orally under Oath before USCIS during her naturalization proceedings.

32.    By making false claims to USCIS and voting in the 2020 elections prior to becoming a United States citizen, there is probable cause that Onasch violated laws of the United States, including 18 U.S.C. §§ 611 and 1015(a).

## CONCLUSION

Based on my experience, training and the information contained in the preceding paragraphs, I submit that there is sufficient probable cause to believe that Yalemis Onasch has engaged in violations of federal law including, 18 U.S.C. § 611 (Voting by Aliens) and 18 U.S.C. § 1015(a)(False Statement Under Oath Relating to Naturalization, Citizenship or Registry of Aliens), supporting this application for a criminal complaint and arrest warrant.

Respectfully Submitted,

/s/ Adriana Rivas
Adriana Rivas
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this _16th_ day of May, 2023, in Fort Myers, Florida.

_Kyle C. Dudek_
_____
KYLE C. DUDEK
UNITED STATES MAGISTRATE JUDGE