UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 0:23-mj-1093-KCD

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

YALEMIS ONASCH,

      Defendant.

_____/

## PERMANENT NOTICE OF APPEARANCE
## FOR TRIAL PURPOSES ONLY

      JOFFE LAW, P.A. hereby enters its permanent appearance as attorney of record

for the Defendant, YALEMIS ONASCH.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 2, 2023, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

JOFFE LAW, P.A.
Attorneys for Defendant
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 723-0007
Fax:    (954) 723-0033

By *David J. Joffe*
   DAVID J. JOFFE, ESQUIRE
   FLORIDA BAR NO. 0814164