FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2023 JUL 19  AM 10: 05

CLERK US DISTRICT COURT
MIDDLE DISTRICT COURT
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 2:23-cr- 80 - TPB - KCM

18 U.S.C. § 611(a)
18 U.S.C. § 1015(a)

YALEMIS ONASCH,
a/k/a "Yalemis Martin"

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about September 25, 2020, in the Middle District of Florida, the defendant,

YALEMIS ONASCH,
a/k/a "Yalemis Martin",

an alien of the United States, did unlawfully vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

## COUNT TWO

On or about June 27, 2022, in the Middle District of Florida, the defendant,

YALEMIS ONASCH,
a/k/a "Yalemis Martin",

did knowingly make false statements under oath in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to the naturalization and citizenship of an alien, in that defendant denied in her application for naturalization that she ever claimed to be a U.S. citizen, ever registered to vote in any Federal, state, or local election, and ever voted in any Federal, state, or local election, when in truth and in fact, as the defendant then and there well knew, she had previously claimed to be a U.S. citizen as part of her voter registration, had registered to vote in any Federal, state, or local election and had voted in any Federal, state, or local election.

In violation of 18 U.S.C. § 1015(a).

ROGER B. HANDBERG
United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

By: _____
Christopher Murray
Assistant United States Attorney
Criminal Chief, South