UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:23-cr-80-TPB-KCD

YALEMIS ONASCH

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Defendant Yalemis Onasch, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and M.D. Fla. R. 1.02, and entered a plea of guilty to Counts One and Two of the Information (Doc. 15). Defendant waived the right to indictment, which waiver the Court confirmed and ratified in open court at the plea hearing. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Counts One and Two, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements. I thus **RECOMMEND** that the plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly. The parties have waived the fourteen-day objection period to this Report and Recommendation (Doc. 20, 24). Defendant remains on conditions of release pending sentencing.

**RECOMMENDED** in Fort Myers, Florida on August 14, 2023.

Kyle C. Dudek
United States Magistrate Judge